61,280-04

Court of Criminal Appeals of Texas
Office of The Clerk
July 9th, 2015

Honorable Court of Criminal Appeals, Abel Acosta, Clerk

RE: Nicholas Connor V. Anderson County District Clerk
TRL CT. NO. 30817

Dear Mr. Acosta:

Enclosed For Filing is Relator "Application for writ of mandamus"

please give notice upon Reciept.

Sincerely,

Nicholas Connor

RELATOR PRO Se

cc filed

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 13 2015
Abel Acosta, Clerk

Court of Criminal Appeals of Texas

No. 30817

Nicholas Connor, Relator

v.

Anderson County District Clerk, Respondent

---

On application for Writ of Mandamus

from Anderson County

---

Order was delivered per curiam

# ORDER

This is an original application for writ of Mandamus. Relator contends he filed an application for writ of Habeas Corpus in the 3rd Judicial District Court of Anderson County to the Jefferson County District Clerk's Office Jan 19th 2013 and not on that same date in 2012 as documents to the U.S. District Court of the Eastern District of Texas that conceals the timely filing of Relator's first filing of this application for writ of Habeas Corpus.

It is of this court's opinion that additional information is required before a decision can be reached in this action.

The Respondent District Clerk of Anderson County is ordered to file with the court within Thirty Days a response by submitting the complete filing of the initial Habeas Corpus that was timely filed prior to the second application issues investigated see Mc Cree v. Hampton, 824 S.W. 2d 578 (Tex. Crim. App. 1992) or by stating the nature of any application filed by relator have been filed. This application for writ of Mandamus is held in abeyance pending compliance with this order.

Delivered : July 9th, 2015

Do not publish